IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:14-CV-101-BO

| | |
|---|---|
| HUMPHREY JONES, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| SANDERSONS FARMS, | ) |
| Defendant. | ) |

This matter is before the Court on plaintiff Humphrey Jones's *pro se* motion to resubmit his case to the Pro Bono Panel [DE 17].

The Court finds that plaintiff has not demonstrated an adequate basis to resubmit his case to the District's Pro Bono Panel. Accordingly, his motion is DENIED. However, as plaintiff is proceeding *pro se*, and filed a motion to resubmit his case to the Pro Bono Panel during his extended time to respond to defendant's motion to dismiss, the Court will allow plaintiff additional time in which to respond to the motion to dismiss. Plaintiff shall have up to and including October 30, 2014 to file a response to the motion to dismiss.

SO ORDERED.

This the 7 day of October, 2014.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE